# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One gold Samsung Galaxy S6 Edge cellular telephone<br>(including any possible smart/storage cards) | )<br>)<br>)<br>)    Case No. 17- 1331-M-1<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    ☑ evidence of a crime;

    ☑ contraband, fruits of crime, or other items illegally possessed;

    ☑ property designed for use, intended for use, or used in committing a crime;

    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Conspiracy to distribute controlled substances; Distribution of controlled substances and possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

    ☐ Continued on the attached sheet.

    ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
    under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept-29. 2017

_____
*Judge's signature*

City and state:  Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 17- 1331-M-2
)
One white and gold XGODY cellular telephone, )
IMEI# 3556867966314612 )
(including any possible smart/storage cards) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the    Eastern    District of    Pennsylvania    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances; Possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Septtember 29, 2017
_____
*Judge's signature*

City and state:   Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One LG Metro PCS cellular telephone, IMEI#<br>013758008488056, telephone number (267) 414-6200<br>(including any possible smart/storage cards) | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 17- 1331-M-3 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances; Possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 29, 2017

_____
*Judge's signature*

City and state: Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 17- 1331-M-4
)
One Samsung flip style cellular telephone, )
MEID# A000001D923344 )
(including any possible smart/storage cards) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances; Possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Septmber 29, 2017

_____
*Judge's signature*

City and state:  Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
_____
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One AT&T – ZTE Go Phone, IMEI# 867940020034848,<br>telephone number (404) 769-7546 (including any<br>possible smart/storage cards) | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 17- 1331-M-5 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances; Possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

- ☐ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 29, 2017

_____
*Judge's signature*

City and state: Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One white Samsung Galaxy S6 cellular telephone,<br>IMEI# 3593580510554<br>(including any possible smart/storage cards) | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 17- 1331- 6 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of controlled substances; Possession of controlled substances with intent to distribute. |

The application is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Colarulo, FBI, TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 29 2017

_____
*Judge's signature*

City and state:  Philadelphia, PA

David R. Strawbridge, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Anthony Colarulo, Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, being duly sworn do hereby depose and state as follows:

## INTRODUCTION

1.      I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2501(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.      I am a Task Force Officer ("TFO") assigned to the Federal Bureau of Investigation (FBI), Philadelphia Field Division and have been so employed since February 2011.   I am also a Philadelphia Police Officer, and have been so employed since November 2003.   I am currently assigned to the FBI Philadelphia Violent Gang Task Force that investigates, among other violations of federal law, criminal groups and organizations including those involved in the importation, distribution, and manufacturing of controlled substances, weapons violations, and any and all tangential violence associated with gang activity. I have received special narcotics-related training from the Philadelphia Police Department, Pennsylvania State Police, and the FBI, including training in the investigation and identification of narcotics traffickers and violent gangs. I am also an active investigator for the FBI Violent Gang-Safe Streets Task Force in which state and local arrests for narcotics and firearms violations are conducted and reviewed for either federal or local prosecution. I have participated in countless search and or arrest operations throughout my career. As a Task Force Officer, I

have authority to conduct investigations of, and to make arrests for, violations of federal law involving illegal narcotics and firearms. Additionally, I hold both "A" and "B" Certifications in Electronic Surveillance from the Commonwealth of Pennsylvania.

3.      I have participated in numerous narcotics investigations, debriefed or participated in debriefings of hundreds of defendants, informants, and witnesses who had personal knowledge of major narcotics trafficking organizations. I have participated in all aspects of drug investigations including conducting surveillance, analyzing information obtained from court-ordered pen register and trap and trace intercepts, Title-III wiretap investigations, and analyzing telephone toll information obtained as a result of subpoenas issued by the FBI. I am aware that drug traffickers commonly use cellular telephones and other electronic devices in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular phones in an effort to thwart law enforcement's use of electronic surveillance.

4.      Through my training and experience and the training and experience of the law enforcement officers involved in this investigation, your affiant is aware that drug traffickers often use cellular phones, through phone calls, text messages, voice messages and emails, to arrange for the purchase of illegal narcotics. I am aware that cellular telephones are all identifiable by unique numbers on each phone, including: serial numbers, international mobile equipment identification (IMEI) numbers, mobile equipment identifier (MEID) numbers, and/or electronic serial numbers (ESN). I know that drug traffickers commonly maintain in their cellular phones, the contact information of co-conspirators, sources of supply, and customers, such as names or nicknames, phone numbers, pager numbers, addresses and other identifying information. Additionally, I know that drug traffickers use cell phones to take pictures of

2

themselves and co-conspirators with drugs, weapons, cash and drug paraphernalia.

      5.     I make this affidavit in support of an application for a search warrant of the following cellular telephones: a gold Samsung Galaxy S6 Edge (unknown IMEI as a result of the phone being locked by code); an AT&T-ZTE Go Phone, IMEI# 867940020034848, telephone number of (404) 769-7546; a white Samsung Galaxy S6, IMEI# 3593580510554; an LG Metro PCS phone, IMEI# 013758008488056, phone number of (267) 414-6200; a white and gold XGODY cellular phone, IMEI# 3556867966314612; and a Samsung flip style phone, MEID# A000001D923344, as described in greater detail in Attachment A. This application seeks authority to search for and seize evidence, and fruits and instrumentalities of crimes against the United States, specifically in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as described in Attachment B.

      6.     The probable cause set forth in this affidavit is based upon my personal knowledge, surveillance conducted by law enforcement officers involved in this investigation, and the experience and training of law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the search of the listed cellular telephones, I have not set forth each and every fact learned during the course of this investigation, but only those facts necessary to establish such probable cause.

## DETAILS OF THE INVESTIGATION

      7.     In or about February 2017, Tinicum Township Police Department Officer Kevin Wiley, Badge #427, assigned to the Anti-Crime Unit, received information that a male by the name of YUSEF MOORE, a.k.a. "Sef," was selling quantities of powder cocaine in Delaware County, Pennsylvania. Through further investigation, Officer Wiley learned that "Sef" was utilizing cellular telephone number (267) 414-6200. Officer Wiley utilized Pennsylvania

3

Department of Transportation records to obtain a driver's license for YUSEF MOORE, operator

number 26 615 459, showing an address of 33 Penn Boulevard, East Lansdowne, Pennsylvania.

        8.      On February 22, 2017, Officer Wiley, acting in an undercover capacity,

contacted YUSEF MOORE via telephone number (267) 414-6200. Officer Wiley told MOORE

that he wanted to purchase one gram of cocaine. MOORE agreed and instructed Officer Wiley to

meet him at the Advanced Auto Parts Store located at Baltimore and Union Avenues in

Lansdowne, Pennsylvania. Surveillance officers set up surveillance in the area of 33 Penn

Boulevard, East Lansdowne, Pennsylvania and observed MOORE exit the first floor rear door of

the location. MOORE entered the driver's side of a silver Chevrolet Impala (PA registration

KHP 3672) which was parked in the driveway of the residence. MOORE drove out of the area in

the Impala directly to the Advanced Auto Parts store. Officers maintained surveillance on

MOORE who did not stop or meet anyone in between his residence and the Advanced Auto Parts

store. Upon MOORE's arrival at the Advanced Auto Parts, Officer Wiley entered the passenger

seat of the Impala. Officer Wiley handed MOORE $50.00 in United States Currency ("USC").

MOORE handed Officer Wiley a knotted sandwich bag containing a white powdery substance,

which Officer Wiley immediately recognized as cocaine. MOORE told Officer Wiley to call him

any time Officer Wiley needed cocaine. Officer Wiley conducted a field test on the substance in

the sandwich bag and received a positive reaction for the presence of cocaine. The registration of

the silver Chevrolet Impala bearing the PA registration KHP 3672 showed the vehicle registered

to: YUSEF MOORE, 33 Penn Boulevard, East Lansdowne, PA 19050.

        9.      On February 28, 2017, Officer Wiley, acting in an undercover capacity,

contacted MOORE via cellular telephone number (267) 414-6200. Officer Wiley told MOORE

he wanted to purchase a quantity of cocaine. MOORE instructed Officer Wiley to meet him at

the Advanced Auto Parts store located at Baltimore and Union Avenues in Lansdowne, PA.

Officers set up surveillance in the area of 33 Penn Boulevard, East Lansdowne, PA and observed

MOORE exit the first floor rear door of 33 Penn Boulevard and enter the silver Chevrolet Impala

(PA registration KHP 3672), which was parked in the driveway of the residence and drive out of

the area. Officers maintained surveillance of MOORE from the time he left 33 Penn Boulevard

until he arrived at the Advanced Auto Parts store. MOORE arrived at the Advanced Auto Parts

store without stopping nor meeting any else. At the Advanced Auto Parts store, Officer Wiley

entered the passenger side of the Impala and asked MOORE for one gram of cocaine. Officer

Wiley then handed MOORE $50.00 in USC, and in return MOORE handed Officer Wiley a

knotted sandwich bag containing a white powdery substance, which Officer Wiley recognized as

cocaine. Officer Wiley later conducted a field test on the substance and received a positive

reaction for the presence of cocaine.

    10.  On March 6, 2017, Officer Wiley, acting in an undercover capacity, called

MOORE at telephone number (267) 414-6200 and told MOORE he wanted to purchase a

quantity of cocaine from MOORE. MOORE instructed Officer Wiley to meet him at the

Advanced Auto Parts store located at Baltimore and Union Avenues in Lansdowne, PA.

Surveillance officers conducted surveillance in the area of 33 Penn Boulevard, East Lansdowne,

PA and observed MOORE arrive in front of 33 Penn Boulevard in the silver Chevrolet Impala

(PA registration KHP 3672). An unknown black male then exited 33 Penn Boulevard and met

with MOORE. Surveillance officers then observed MOORE leave the location in the silver

Impala and drive directly to the Advanced Auto Parts store without stopping or meeting anyone

in between. At the Advanced Auto Parts, Officer Wiley entered the passenger side of MOORE's

Impala and handed MOORE $50.00 in USC. MOORE handed Officer Wiley a knotted sandwich bag containing a white powder, which Officer Wiley recognized as cocaine.   Surveillance officers then observed MOORE depart the location in the Impala and drive to the GIANT food market, across the street from the Advanced Auto Parts. MOORE parked and went into the GIANT food market. While MOORE was inside of the GIANT, Officer Wiley called MOORE again and ordered an additional cocaine. MOORE told Officer Wiley that he was shopping inside of the GIANT and would meet him in front of the store in approximately 15 minutes. A short time later, MOORE was observed exiting the GIANT with shopping bags in his hand and pushing a shopping cart. He was with a juvenile female, who MOORE identified to Officer Wiley as his daughter. MOORE walked over to his Impala and then walked to meet Officer Wiley, who was parked close to the Impala. MOORE then handed Officer Wiley a knotted bag containing a white powdery substance that Officer Wiley recognized as cocaine. In exchange, Officer Wiley handed MOORE $50.00 in USC. This transaction took place in the presence of MOORE's daughter. Surveillance officers followed MOORE back to 33 Penn Boulevard. At the residence, MOORE was observed taking grocery bags from his Impala into residence through the first floor rear door. Officer Wiley later conducted field tests on the substances from the two knotted sandwich bags purchased from MOORE that day, which each had positive reactions for the presence of cocaine.

      11.    On March 15, 2017, Officer Wiley, acting in an undercover capacity, called MOORE via telephone number (267) 414-6200. Officer Wiley told MOORE that he wanted to purchase a quantity of cocaine. MOORE instructed Officer Wiley to meet him at a McDonald's restaurant on Baltimore Avenue in Lansdowne, PA. MOORE met Officer Wiley at

the McDonald's in a blue Ford Explorer bearing a PA registration of JZD 9003. Officer Wiley entered the passenger side of the blue Ford Explorer and handed MOORE $50.00 in USC. In return, MOORE handed Officer Wiley a knotted sandwich bag containing a white powder that Officer Wiley recognized as cocaine. MOORE and Officer Wiley engaged in a brief conversation following the transaction in which MOORE stated that the blue Ford Explorer was his vehicle and that he drove it when it snowed. Officer Wiley later conducted a field test on the substance in the knotted sandwich bag and received a positive reaction for the presence of cocaine. The registration of the blue Ford Explorer bearing the PA registration JZD 9003 showed that the vehicle was registered to: YUSEF MOORE, 33 Penn Boulevard, East Lansdowne, PA 19050.

        12.     On March 20, 2017, Officer Wiley, acting in an undercover capacity, called MOORE via telephone number (267) 414-6200 and stated that he wanted to purchase a quantity of cocaine. MOORE instructed Officer Wiley to meet him at the Advanced Auto Parts at Baltimore and Union Avenues in Lansdowne, PA. Surveillance was set up in the area of 33 Penn Boulevard, and MOORE was observed exiting the first floor rear door of 33 Penn Boulevard and entering his blue Ford Explorer (PA registration of JZD 9003), which was parked in the driveway of the residence. Officers maintained surveillance on MOORE from the time he left 33 Penn Boulevard until he arrived at the Advanced Auto Parts. MOORE did not stop or meet anyone else on the way to the Advanced Auto Parts. At the Advanced Auto Parts, Officer Wiley entered the passenger side of the Explorer and handed MOORE $50.00 in USC. In return, MOORE handed Officer Wiley a knotted sandwich bag containing a white powdery substance, which Officer Wiley recognized as cocaine. Officer Wiley later conducted a field test on the

7

substance and received a positive reaction for the presence of cocaine.

13.     On March 28, 2017, at approximately 6:00a.m., Officer Wiley and members of the Delaware County Narcotics Task Force executed a search warrant on the first floor apartment at 33 Penn Boulevard, East Lansdowne, PA. Officers encountered MOORE in the rear bedroom. MOORE was taken into custody and advised of his *Miranda* rights by Officer Wiley. After waiving his *Miranda* rights and agreeing to speak with Officer Wiley, MOORE stated that there was cocaine, money, and a scale in the upper left dresser drawer in the bedroom. MOORE also told Officer Wiley that the money, cocaine, and scale belonged to him.   Chester Police Department K-9 Officer William Murphy and his dog "Chase" were called to the residence to conduct a sniff of the property. "Chase" made positive indications for the presence of narcotics in the upper left drawer of the dresser in the bedroom.

14.     Recovered from inside of MOORE's residence was the following: a total of $29,355.00 in US currency found in increments around the property; a total of 12 sandwich bags containing a white, rocky, powdery substance with an estimated weight of approximately 1,080 grams; two bottles of Inositol (a known cutting agent); two digital scales; two spoons contaminated with white powder, empty and unused plastic sandwich bags; a Pyrex cup contaminated with white residue; U.S. mail addressed to YUSEF MOORE, at 33 Penn Boulevard, 1st floor, Lansdowne, Pennsylvania; and the five cellular telephones. Recovered from inside of MOORE's blue Ford Explorer was a lease agreement in the name of YUSEF MOORE, 33 Penn Boulevard, Lansdowne, Pennsylvania. Recovered from inside of MOORE's Chevrolet Impala was the following: a vehicle registration in the name of YUSEF MOORE; one cellular telephone; and a Glock Model 23, .40 caliber handgun, with Serial No. HHE251, loaded with 13

8

.40 caliber rounds, and one magazine. A description of the six cell phones recovered during this search are listed in "Attachment A" of this affidavit.

## SUMMARY AND CONCLUSION

15.     Based on the foregoing facts, your affiant believes that there is probable cause that the fruits and/or evidence of crimes specifically, violations of Title 21, United States Code, Sections 846 and 841, as enumerated in "Attachment B," will be found in the information stored in the six cellular telephones listed in this affidavit. These phones are in the custody of the Tinicum Township Police Department where they have been since their recovery during the execution of the search warrant.

16.     Your affiant seeks authority to view stored electronic information and communications, including but not limited to, telephone or address directory entries consisting of names, addresses and telephone numbers; telephone numbers of incoming calls; schedule entries; stored memoranda; stored voicemail messages; text messages sent, received and/or saved as drafts; internet search history; emails; and stored photographs. Electronic data stored in the memory of the cellular phone and stored in the memory of the SIM card, as evidence, fruits and instrumentalities in furtherance of crimes against the United States, specifically, violations of Title 21, United States Code, Sections 846 and 841(a).

17.     Your affiant therefore believes and avers that a search of the electronic files and memory of the listed cellular telephones will yield evidence of violations of the federal laws, including, but not limited to, disclosing the identities of persons involved in the commission of these offenses, as well as the existence and scope of a conspiracy. Evidence of calls made by, to and among the members of this conspiracy in the course of the events related in

9

this affidavit are also expected to be disclosed by the requested search.

        18.    Therefore, based on the information, facts, and circumstances stated above, your affiant believes the listed cellular telephones seized by law enforcement will provide investigators with additional information related to the ongoing investigation of YUSEF MOORE. Accordingly, I respectfully request that the Court issue a warrant to search the listed cellular telephones.

        Your affiant declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief, and that this declaration was executed on:

Anthony Colarulo
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me
this _29th_ day of September, 2017.

HONORABLE DAVID R. STRAWBRIDGE
*United States Magistrate Judge*

10

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

One gold Samsung Galaxy S6 Edge cellular telephone (Note: identifiers such as IMEI, MEID, or ESN for this phone are unknown due to the device being locked by code)

One AT&T – ZTE Go Phone, cellular telephone, IMEI# 867940020034848, telephone number of (404) 769-7546

One white Samsung Galaxy S6 cellular telephone, IMEI# 3593580510554

One LG Metro PCS cellular telephone, IMEI# 013758008488056, telephone number of (267) 414-6200

One white and gold XGODY cellular telephone, IMEI# 3556867966314612

One Samsung flip style cellular telephone, MEID# A000001D923344

11

## ATTACHMENT B

### Items to Be Searched for, Seized and Examined

The telephone listed in Attachment A may be searched for evidence of conspiracy to distribute controlled substances, distribution of controlled substances, and possession of controlled substances with intent to distribute, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), including:

a.   Electronic communications relating to the criminal activity;

b.   Telephone or address directory entries consisting of names, addresses, telephone numbers; logs of telephone numbers dialed, telephone numbers of incoming, outgoing or missed calls, text messages, schedule entries, stored memoranda, videos, social networking sites and digital photographs;

c.   Lists of customers and related identifying information;

d.   Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

e.   Any information related to sources of controlled substances, including names, addresses phone numbers, and any other identifying information;

f.   Any information related to the methods of trafficking in controlled substances;

g.   Any information recording domestic and international schedule or travel related to the described criminal activity, including any information recording a nexus to airport facilities, airport security, or airlines;

h.   All bank records, checks, credit cards, credit card bills, account information, and other financial records;

12

i.  All data that has been manually programmed into a GPS navigation system, as well as data automatically stored by the GPS navigation system;

j.  Stored memoranda, stored text messages, stored electronic mail, stored photographs, stored audio, and stored video;

k.  Evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

l.  Evidence of the attachment of other devices;

m.  Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

n.  Evidence of the times the device was used;

o.  Passwords, encryption keys, and other access devices that may be necessary to access any of the devices;

p.  Records of or information about Internet Protocol addresses used by the device;

q.  Records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "Favorite" web pages, search terms that the user entered into any Internet search engine, and records or user-typed web addresses, as well as evidence of the posting of videos, photos, or any material relevant to these crimes to any social networking site;

13

r.       Evidence of user attribution showing who used or owned the electronic devices at the time the things described above were created, edited, or deleted, such as logs phonebooks, saved usernames and passwords, documents, and browsing history.

14